

# Fourth Court of Appeals
## San Antonio, Texas

March 11, 2015

No. 04-14-00894-CR

Adam Paul **EANNARINO**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR8490
Honorable Maria Teresa Herr, Judge Presiding

## O R D E R

The Court Reporter's Notification of Late Record is hereby NOTED. The reporter's record is due on or before March 16, 2015. Further requests for extension of time will be disfavored.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court